IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JONATHAN HENRY,

       Appellant,

v.

THE OFFICE OF CRIMINAL
CONFLICT AND CIVIL
REGIONAL COUNSEL,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1107

Opinion filed February 13, 2015.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

Jonathan Henry, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Michael J. Titus, Office of
Criminal Conflict & Civil Regional Counsel, Tallahassee, for Appellee.

PER CURIAM.

       AFFIRMED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.